

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-14-00787-CR

Matthew O. **ARANDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2070
Honorable Pat Priest, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on July 8, 2015. We granted the State's first motion for an extension of time to file the brief until August 7, 2015. On the due date, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than September 8, 2015. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court